```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                            Case No. 11-cr-45-PB

<u>Fiona Coughlin</u>

<u>**O R D E R**</u>

The defendant has moved to continue the May 3, 2011 trial in the above case. Defendant cites the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 3, 2011 to July 6, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in

1

granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The April 25, 2011 final pretrial conference is continued until June 22, 2011 at 3:30 p.m.

    SO ORDERED.

                                                   /s/Paul Barbadoro  
                                                 Paul Barbadoro  
                                                 United States District Judge

April 19, 2011

cc:   Jonathan R. Saxe, Esq.  
      Terry Ollila, AUSA  
      United States Marshal  
      United States Probation