UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                        Case No. 11-cr-45-PB

**Fiona Coughlin**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for July 6, 2011, citing defendant's admittance into the drug court LASER docket program and the need for additional time to comply with the LASER process.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from July 6, 2011 to August 16, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 22, 2011 final pretrial conference is continued to July 26, 2011 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 22, 2011

cc: Jonathan Saxe, Esq.
Terry Ollila, AUSA
United States Probation
United States Marshal