UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
SEP 28 2011
FILED

United States of America

v.

Fiona Coughlin

Crim. No. 11-cr-45-01-JL

### ORDER ON VIOLATION OF CONDITIONS

The defendant appeared before me on this date at a LASER Review Hearing.  During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release.  As a result, the court enters the following order:

___   The defendant shall be detained until _____.
      At the conclusion of incarceration, defendant shall be:

      __   Brought before the undersigned judge.

      __   Released on _____ at _____ am/pm.
                          [Date]            [Time]

___   The defendant shall reside in Hampshire House for a
      period of _____ days/months to commence on
      _____, and shall observe the rules of
      that facility.

___   The defendant shall be placed on home detention for
      _____ days/months, to commence on _____.
      During this time, the defendant shall remain at his
      place of residence except for employment and other
      activities approved in advance by the probation
      officer.  The defendant shall maintain a telephone at
      his place of residence without any special services,
      modems, answering machines, or cordless telephones for
      the above period.  The defendant shall wear an
      electronic device and shall observe the rules specified
      by the Probation Office.  The defendant shall pay for
      the cost of electronic monitoring to the extent he is
      able as determined by the probation officer.

✓ The defendant shall be subject to the following additional or modified conditions:
- Phase I initiates today, not earlier date.
- Attend Terralynn Bodge sentencing
- Write report of observations about Bodge sentencing
- Write letter to woman from group who defendant used crack with (done).

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

Date: 9/28/11

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

USDCNH-7 (5-10)