.'.S DISTRICT COURT
'Ɪᴄ'Ⲧ OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE        JUL 1ᴛ 2012

**FILED**

United States of America

v.

*Fiona Coughlin*

Crim. No. *1:11-cr-00045-JL*

## ORDER ON VIOLATION OF CONDITIONS

The defendant appeared before me on this date at a LASER
Review Hearing.  During the course of the hearing, the court
determined that the defendant has violated the terms of the LASER
Agreement/Order on Conditions of Release.  As a result, the court
enters the following order:

☑  The defendant shall be detained until _*July 25th*_ .
   At the conclusion of incarceration, defendant shall be:

   ☑  Brought before the undersigned judge. *on the 25th* ,

   ___  Released on _____ at _____ am/pm.
                        [Date]              [Time]


___  The defendant shall reside in Hampshire House for a
     period of _____ days/months to commence on
     _____, and shall observe the rules of
     that facility.


___  The defendant shall be placed on home detention for
     _____ days/months, to commence on _____.
     During this time, the defendant shall remain at his
     place of residence except for employment and other
     activities approved in advance by the probation
     officer.  The defendant shall maintain a telephone at
     his place of residence without any special services,
     modems, answering machines, or cordless telephones for
     the above period.  The defendant shall wear an
     electronic device and shall observe the rules specified
     by the Probation Office.  The defendant shall pay for
     the cost of electronic monitoring to the extent he is
     able as determined by the probation officer.

The defendant shall be subject to the following additional or modified conditions:

— EM upon release
— Phase III status revoked, Phase II resumes this date.

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

SO ORDERED.

Date: 7/17/12

Joseph N. Laplante
Chief Judge